# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, <br><br> Plaintiff(s) <br><br> v. <br><br> VESME, CORP., et al., <br><br> Defendant(s) | Case No. C 4:19-cv-01874-JST <br><br> NOTICE REQUESTING CASE MANAGEMENT CONFERENCE <br><br> (ADA ACCESS CASES) |

The mediation process is concluded, and the case is not settled. Plaintiff requests the Court set a Case Management Conference.

Date: March 18, 2020

Signed: /s/ Tanya E. Moore

Attorney for Plaintiff(s)

*Important! E-file this form in ECF using event name: "Notice Requesting Case Management Conference – ADA Access Cases Only"*

*Form GO 56-Notice Requesting Case Management Conference – new 01-2020*