UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>VESME, CORP, et al.,<br><br>Defendants. | Case No. 19-cv-01874-JST   (RMI)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 48, 50, 52 |

On February 22, 2020, Plaintiff unilaterally filed a discovery dispute letter in which he noted that Defendants' cooperation had not been forthcoming and that Defendants had refused to participate in the submission of a jointly-filed letter brief as required by the rules of this court. *See* Ltr. Br. of February 22, 2021 (dkt. 48) at 1. The following day, the case was referred to the undersigned for the resolution of this discovery dispute, as well as any others that might arise during the course of this case (dkt. 49). Subsequently, as required by the relevant provision of the undersigned's General Standing Order (¶13(b)), Plaintiff filed a request for a telephonic conference (dkt. 50) such that Defendants' refusal to participate in the discovery dispute presentation process might be corrected. The court set the matter for a telephonic status conference for 10:00 am on February 25, 2021 (dkt. 52), however, no appearance was made by any Defendant or defense counsel.

Accordingly, this matter will be set for a show cause hearing at 11:00 am on Tuesday, March 2, 2021, at which point defense counsel, Jennifer Acheson, is **ORDERED** to **SHOW CAUSE** why she should not be sanctioned for failing to participate in the joint filing of the discovery dispute letter (dkt. 48) which Plaintiff was forced to file unilaterally, and why she

should not be sanctioned for her failure to appear at the telephonic status conference of February 25, 2021.

**IT IS SO ORDERED.**

Dated: February 25, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge